# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-2408

_____

In re: Richard Allen Diamond

*Debtor*

------------------------------

Michael Jay Goldstein

*Appellant*

Michael Fitzgerald

v.

Richard Allen Diamond

*Appellee*

_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: December 1, 2015
Filed: December 14, 2015
[Unpublished]

_____

Before SMITH, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael Goldstein appeals the judgment of the Bankruptcy Appellate Panel (BAP), affirming the bankruptcy court's[1] order dismissing his adversarial complaint. Upon independent review, we conclude that Goldstein lacks standing to appeal the bankruptcy court's order.  See Sears v. U.S. Tr., 734 F.3d 810, 819 (8th Cir. 2013) (appellate standing in bankruptcy cases is more limited than Article III standing or prudential standing requirements associated therewith; person-aggrieved doctrine limits standing to persons with financial stake in bankruptcy court's order, meaning they were directly and adversely affected by order).  Accordingly, we dismiss this appeal.  See In re Heyl, 770 F.3d 729, 731 (8th Cir. 2014) (per curiam) (dismissing bankruptcy litigant's appeal for lack of standing).

_____

[1] The Honorable Charles E. Rendlen III, United States Bankruptcy Judge for the Eastern District of Missouri.